BEATRICE KOLESKY, Respondent, v. SAM KOLESKY, Appellant.— Order modified so as to reduce the counsel fee to $200 and, as so modified, affirmed. The amount allowed is excessive. Trial of this action should be had without further delay. No opinion. Present — Dore, J. P., Cohn, Van Voorhis, Breitel and Bergan, JJ.; Van Voorhis, J., dissents and votes to modify so as to direct payment of $25 per week by defendant for the support of the child and to deny the motion insofar as it sought support for plaintiff and counsel fee upon the ground that plaintiff has failed to show reasonable prospect of success.

HELEN N. KINNEY, Respondent, v. CLIFFORD C. KINNEY, Appellant.— Order unanimously modified by reducing the counsel fee to $500 and, as so modified, affirmed. The amount allowed is excessive. Present — Dore, J. P., Cohn, Van Voorhis, Breitel and Bergan, JJ.

HELEN N. KINNEY, Respondent, v. CLIFFORD C. KINNEY, Appellant.— Order unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Van Voorhis, Breitel and Bergan, JJ. [Order granted motion to require plaintiff to serve bill of particulars.]

SYNDICATE BUILDING CORPORATION, Respondent, v. GERARD QUIROS, Appellant. — Determination unanimously affirmed, with costs to the respondent. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH STEIN, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted upon the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Bergan, JJ.

IRVING TRUST COMPANY, Respondent, v. FREDERICK GARDEL, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Bergan, JJ.

GRACE OVERBY et al., Appellants, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GILBERT WIDLOCK, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Bergan, JJ.

M. GOLDBERG SEWING MACHINE CO., INC., Appellant-Respondent, v. STANDARD SEWING EQUIPMENT CORP., Respondent-Appellant.— In view of defendant's stipulation that it is willing to forego its counterclaim for the purpose of avoiding another trial, the judgment is unanimously affirmed. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Bergan, JJ. [See post, p. 972.]